Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RONALD E. ENABNIT, ESQ. (SBN 138062)
3638 American River Drive
Sacramento, California 95864
Telephone:      (916) 978-3434
Facsimile:       (916) 978-3430

Attorneys for Defendants SKYWAY HOUSE, INC., JENNIFER CARVALHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, RON DOE,<br><br>           Plaintiffs,<br><br>       v.<br><br>SKYWAY HOUSE, INC., SKYWAY HOUSE, LLC, and JENNIFER CARVALHO,<br><br>           Defendants. | Case No. 2:16-cv-00627<br><br>**ORDER RE STIPULATION TO EXTEND DATE OF RULE 26(f) JOINT STATUS REPORT** |

**ORDER**

Pursuant to a STIPULATION submitted by the parties requesting an order to extend the date of Rule 26(f) Joint Status Report and the submission of Rule 26(a) initial disclosures, it is hereby

ORDERED that the Stipulation of the parties is GRANTED.  **The parties' Joint Status Report is to be filed no later than 14 days after the Court's Order on Defendants' Motions to Dismiss has been issued.**

Dated: August 8, 2016

_____
Troy L. Nunley
United States District Judge